UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TERRY DOYLE ANTHONY
DARNELL DUMAS-EL,

Plaintiff,

ORDER

v.

Civil No. 01-2115

DEPARTMENT OF CORRECTIONS,
AND DAVID VALINTINE,

Defendant.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson. No objections having been filed to said Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files and records herein IT IS HEREBY ORDERED THAT Plaintiff's Complaint (Docket No. 1) is DISMISSED as frivolous, pursuant to Title 28, U.S.C. §1915(e)(2)(B)(i), and his Application to Proceed In Forma Pauperis (Docket No. 2) is DENIED AS MOOT.

Dated: March 15, 2002

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

MAR 15 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK